UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOCIMAR TEIXEIRA,
    Plaintiff,

v.   Civil Action No. 1:15-cv-13141-IT

AQUA RESTAURANT CORPORATION, d/b/a
LATITUDE 43 RESTAURANT & BAR,
EDEN RESTAURANT CORP., SERENITEE
MANAGEMENT CORP., and MARK MCDONOUGH,
    Defendants.

### SETTLEMENT ORDER OF DISMISSAL

**TALWANI, D. J.**

The court having been advised on November 18, 2015, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

                                  By the Court,

Dated:    November 18, 2015        /s/Gail A. Marchione,
                                                **Courtroom Deputy Clerk**