UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:15-CV-13141-IT

_____
                                            )
JOCIMAR TEIXEIRA,                           )
          PLAINTIFF,                        )
                                            )
     v.                                     )
                                            )
AQUA RESTAURANT CORPORATION, D/B/A          )
LATITUDE 43 RESTAURANT & BAR,               )
EDEN RESTAURANT CORP., SERENITEE            )
MANAGEMENT CORP., AND                       )
MARK MCDONOUGH,                             )
          DEFENDANTS,                       )
_____)

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate and agree that the action against Aqua Restaurant Corporation, d/b/a Latitude 43 Restaurant & Bar, Eden Restaurant Corporation, Serenitee Management Corporation and Mark McDonough, be dismissed with prejudice, without costs, each party bearing his/her/its own fees and that all rights of appeal are expressly waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff, | Defendants, |
| By his attorney, | By their attorney, |
| | |
| /s/*Thomas G. Nicholson*_____ | /s/*Jill Elmstrom Mann*_____ |
| Thomas G. Nicholson, Esquire | Jill Elmstrom Mann, Esquire |
| BBO #548472 | BBO #552392 |
| Dennis Ford Eagan, Esq. | Mann & Mann, P.C. |
| BBO#652577 | 191 South Main Street, Suite 104 |
| Finneran & Nicholson, P.C. | Middleton, MA 01949 |
| 30 Green Street | TELE:  (978) 762-6238 |
| Newburyport, MA 01950 | Email:  jill@mannpc.com |
| TELE:  (978) 462-1514 | |
| Email:  cases@finnic.com | |
| | |
| DATED:      December 7, 2015 | DATED:      December 7, 2015 |